Order issued December 21, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00866-CR
No. 05-12-00867-CR

**JARMARI LEWIS IRVIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Chief Justice Wright and Justices Bridges and Myers

Based on the Court's opinion of this date, we **GRANT** the September 11, 2012 motion of John Tatum for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove John Tatum as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jarmari Lewis Irvin, No. 1792497, Sanchez Unit, 3901 State Jail Road, El Paso, Texas, 79938-8456.

_____
CAROLYN WRIGHT
CHIEF JUSTICE